UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>vs.<br><br>DALIA PARIAS<br><br>                         Defendant. | Case No. 21CR0150-AJB<br><br>JUDGMENT OF DISMISSAL |

FILED
MAR 31 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Cts 1-2 - 21:952, 960 - Importation of Fentanyl (Felony); 21:952, 960 - Importation of Heroin (Felony)

Dated: 3/30/21

Hon. Bernard G. Skomal
United States Magistrate Judge